OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

02 1R
0002003152     JAN 06 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

12/23/2014

COOK, KEITH ALAN     Tr. Ct. No. 126333801010-B     WR-82,452-03

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

KEITH ALAN COOK

RETURN TO SENDER
NEED FULL NAME, SPN # AND
CELLBLOCK # TO IDENTIFY IN...